UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P.<br>　　　　　　　　　　Applicants<br>v.<br>BALANCE LAW PLLC dba Balance Law Firm<br>　　　　　　　　　　Respondent | Case 25-mc-235 |

# EX PARTE APPLICATION FOR ORDER OF JUDICIAL ASSISTANCE UNDER 28 U.S.C. § 1782

Applicants 507 Summit LLC and KOA Capital L.P. hereby move for an order of judicial assistance under 28 U.S.C. § 1782 authorizing them to take document discovery of respondent Balance Law PLLC dba Balance Law Firm for use in an appraisal proceeding pending in the Grand Court of the Cayman Islands, brought under Section 238 of the Cayman Islands Companies Act, to determine the fair value of their Class A ordinary shares in China Index Holdings Limited. The proposed form of subpoena is attached as Exhibit 1.

Dated: New York, NY
　　　　May 22, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 1001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Applicants