IH-32                                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

507 SUMMIT LLC and KOA CAPITAL L.P.

| Plaintiff | Case Number |
|---|---|
| vs. | 25-mc-00235 |
| BALANCE LAW FIRM PLLC dba Balance Law Firm | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

507 SUMMIT LLC and KOA CAPITAL L.P.

| Plaintiff | Case Number |
|---|---|
| vs. | 23-mc-00427-KHP |
| GENERAL ATLANTIC, L.P. | |
| Defendant | |

IH-32                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

✔  Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                     dismissal, settlement, court decision.  Also, state whether there is an appeal
                     pending.)

☐  Open            (If so, set forth procedural status and summarize any court rulings.)

Respondent General Atlantic, L.P. made all requested productions in response to 28 U.S.C. § 1782 subpoena
and there were no outstanding issues for adjudication.

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

Both  actions are 28 U.S.C. § 1782 proceedings relating to the same foreign proceeding, a
Cayman appraisal proceeding concerning the value of petitioners' Class A shares in China
Index Holdings Limited.

Signature: /s/ Jeffrey Chubak                              Date: 05/22/2025

Firm:      Amini LLC