UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P.<br>Applicants<br>v.<br>BALANCE LAW PLLC dba Balance Law Firm<br>Respondent | Case 25-mc-235<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FRCP 7.1, the undersigned counsel for applicant 507 Summit LLC certifies the following:

**Part I**
Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any nongovernmental corporate party or intervenor.  If there are no such corporations, the form shall so state:

The sole entity owning 10% or more of 507 Summit LLC's membership interests is Lepercq Multi-

Asset Fund SICAV FIS.


**Part II**
To be complete only if jurisdiction is based on diversity citizenship.

N/A.


Dated: New York, NY
          May 22, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 1001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Applicants