UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P.<br><div align="right">Applicants</div><br>v.<br>BALANCE LAW PLLC dba Balance Law Firm<br><div align="right">Respondent</div> | Case 25-mc-235<br><br>**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>** |

Pursuant to FRCP 7.1, the undersigned counsel for applicant KOA Capital L.P. certifies the following:

**Part I**
Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any nongovernmental corporate party or intervenor.  If there are no such corporations, the form shall so state:

KOA Capital L.P. is a limited partnership with no stock and no parent corporation.

**Part II**
To be complete only if jurisdiction is based on diversity citizenship.

N/A.

Dated: New York, NY
       May 22, 2025

Amini LLC

<u>/s/ Jeffrey Chubak</u>
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 1001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Applicants