**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
507 SUMMIT LLC AND KOA CAPITAL L.P.,

        Plaintiff(s),

-against-                                        1:25-MC-00235-GHW-KHP
                                                 AFFIDAVIT OF SERVICE
BALANCE LAW PLLC dba BALANCE LAW FIRM,

        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
        S.S.
COUNTY OF ALBANY     )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 12TH day of June, 2025, at approximately the time of 2:15p.m, at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, EX PARTE APPLICATION FOR ORDER OF JUDICIAL ASSISTANCE UNDER 28 U.S.C. 1782 AND MEMORANDUM OF LAW IN SUPPORT OF EX PARTE APPLICATION FOR ORDER OF JUDICIAL ASSISTANCE UNDER 28 U.S.C. 1782 AND ORDER SCHEDULING CASE MANAGEMENT CONFERENCE upon BALANCE LAW PLLC, in this action, by delivering to and leaving with KAYLA MOORE, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service, deponent paid said Secretary of State a fee of forty dollars, that said service was made pursuant to Section 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as foresaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com



KAYLA MOORE is a black female, approximate 27 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 120 pounds with black hair.

_____
DEBORAH LaPOINTE

Sworn to before me this 13th
day of June, 2025

_____
NOTARY PUBLIC

KELLY A BRUNELLE
NOTARY PUBLIC, STATE OF NEW YORK
Certified in Rensselaer County
ID# 01BR5049626
Commission Expires 9/18/25

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com