```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 507 SUMMIT LLC, et al., | |
| Applicants, | ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| -against- | 25-MC-235 (GHW)(KHP) |
| BALANCE LAW PLLC *d/b/a* BALANCE LAW FIRM. | |
| Respondent. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Because Respondent has yet to make an appearance on the record, the case management conference scheduled for **Wednesday, June 18, 2025 at 10:00 a.m. is hereby rescheduled to Tuesday, July 8, 2025 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated: June 17, 2025
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge