AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| 507 Summit LLC and KOA Capital L.P. ) <br> *Plaintiff* ) <br> v. ) <br> Balance Law PLLC ) <br> *Defendant* ) | Case No. 1:25-mc-00235-GHW-KHP |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Balance Law PLLC dba Balance Law Firm.

Date: 06/24/2025

/s/ B. Robert Liu
*Attorney's signature*

Beixiao Robert Liu (Bar No. 5697552)
*Printed name and bar number*
One World Trade Center, Ste 8500
New York, NY 10007

*Address*

robert.liu@balancelawfirm.com
*E-mail address*

(212) 741-8080
*Telephone number*

(631) 490-4465
*FAX number*