USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

507 SUMMIT LLC, et al.,

                Applicants,

-against-

BALANCE LAW PLLC *d/b/a* BALANCE LAW FIRM.

                Respondent.

POST-CONFERENCE ORDER

25-MC-235 (GHW)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 8, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The parties shall meet and confer in an attempt to reach a resolution on the discovery sought in this matter. If the parties are able to reach a compromise, they shall file a letter informing the Court of said compromise **by August 8, 2025**. Alternatively, in the event the parties are unable to reach a compromise, Respondent shall file its response to the Application for an Order of Judicial Assistance Under 28 U.S.C. § 1782 **by August 8, 2025**. Applicants' reply is due **by August 22, 2025**.

      **SO ORDERED.**

Dated: July 8, 2025
       New York, New York

*Katharine H. Parker*

                KATHARINE H. PARKER
                United States Magistrate Judge