UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| 507 SUMMIT LLC and KOA CAPITAL L.P. Applicants<br><br>v.<br><br>BALANCE LAW PLLC dba Balance Law Firm<br><br>Respondent | Case 25-mc-235-KHP |
|---|---|

# REPLY DECLARATION OF JEFFREY CHUBAK

I, Jeffrey Chubak, hereby declare:

1. I am a member of Amini LLC, counsel for the applicants 507 Summit LLC and KOA Capital L.P. in this 28 U.S.C. § 1782 proceeding.

2. Annexed hereto as exhibits are true and correct copies of the following-described documents:

| Exhibit # | Document Description |
|---|---|
| | Cayman Court Orders in Underlying Appraisal Proceeding |
| 1 | Directions Order, entered May 27, 2025 |
| | Cayman Decisions in Companies Act § 238 Appraisal Proceedings |
| 2 | Qunar Cayman Islands Limited v. Athos Asia Event Driven Master Fund et al |
| 3 | In re New Frontier Health Corporation |
| 4 | In re 51job, Inc. |
| 5 | Phoenix Meridian Equity Limited v. Lyxor Asset Managmeent, S.A. |
| | Correspondence |
| 6 | August 12, 2025 letter from applicants' counsel to CIH counsel re: default of discovery obligations under Directions Order |
| 7 | Emails between counsel for applicants and respondent herein |

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of August, 2025.

/s/ Jeffrey Chubak