# CAREY OLSEN

Carey Olsen Cayman Limited
PO Box 10008
Pavilion East
Cricket Square
Grand Cayman  KY1-1001
Cayman Islands

T  +1 345 749 2000
F  +1 345 749 2100
E  cayman@careyolsen.com

Our ref    DO/HW/MFD/1084026/0002/Z4370285v1
Your ref   Matter No.: 837352

Conyers Dill & Pearman
Six, 2nd Floor, Cricket Square, PO Box 2681                              12 August 2025
Grand Cayman, KY1-1111, Cayman Islands

**Attention: Dr Alecia Johns, Ms Tonicia Williams**

Dear Sirs/Madams

**In the matter of China Index Holdings Limited Cause No. FSD 201 of 2023 (IKJ) (the "Proceedings")**

1. We refer your letter of 4 August 2025.

2. Your letter (received the day before the deadline to upload Buyers Group Data to the Data Room) seeks numerous extensions of time to the Directions Order. As of today, the Company is past due on the following deadlines set in the Directions Order:

    2a. **Appointment of Expert.** The 04 July 2025 deadline to appoint a Valuation Expert

    2b. **Upload Buyer Group Data.** The 05 August 2025 deadline to upload Buyer Group Data to the digital Data Room

3. The Directions Order is not an expression of wishes. It is an order of the Grand Court that the Company is required to comply with. The Company has thus far demonstrated casual disregard for the Directions Order, availing itself of extensions without the consent of Dissenters and without leave of the court.

4. Moreover, the explanations offered for the delay by the Company are either absent or unconvincing.

    4a. **Appointment of Expert.** By your letter, the cause for failing to meet the deadline in the Directions Order and the self-imposed deadline promised in communications is "*primarily due to the prolonged onboarding and due diligence process required from the intended expert and the additional time for finalising the fee structure and scope of work*".

"Carey Olsen" in the Cayman Islands is the business name of Carey Olsen Cayman Limited, a body corporate recognised under the Legal Practitioners (Incorporated Practice) Regulations (as revised). The use of the title "Partner" is merely to denote seniority. Services are provided on the basis of our current terms of business, which can be viewed at: www.careyolsen.com/terms-of-business. CO Services Cayman Limited is regulated by the Cayman Islands Monetary Authority as the holder of a corporate services licence (No. 624643) under the Companies Management Act (as revised).

BERMUDA   BRITISH VIRGIN ISLANDS   CAYMAN ISLANDS   GUERNSEY   JERSEY
CAPE TOWN   HONG KONG SAR   LONDON   SINGAPORE                                careyolsen.com

These proceedings have been afoot since 2023. The Company had 42 days from the date of the Directions order to the deadline for Appointing a Valuation Expert and as of today has had an additional 35 days to complete this obligation but still has not done so. Further, the Company has not asked the court for leave to extend its deadline.

4b. **Upload Buyer Group Data.** With regards to the requested extension of the deadline for uploading the Buyer Group Due Diligence Documents into the Data Room and other deadlines due to bad weather and flooding in Beijing, the Dissenters extend their sympathies for those affect by flooding, but do not consider the arguments for the various deadline extensions convincing. For instance, there is no credible argument that bad weather in Beijing is cause for extending a deadline that predates the weather event. And for reasons further explained below, there is no reason for deadline extensions for uploading documents that were already produced by the Company as part of the transaction. Further points for consideration are included below.

4.b.1 The Buyer Group Due Diligence Documents are defined at paragraph 10 of the Directions Order as documents "*that were made available by the Company to members of the Buyer Group…. For the purposes of the merger*". Therefore, the Company's obligation is to upload into the Data Room a package of documents that came into existence two years ago in 2023.

4.b.2 The Directions Order allotted 74 days to upload these documents. The request for extension arrived on day 73 on the eleventh hour. The bad weather in Beijing occurred within a week of the deadline for submission so approximately 95% of the allotted time was in no way affected by the weather.

4.b.3.i Furthermore, while the Company claims its operations have been interrupted by the bad weather in Beijing, other businesses in the area have not experienced business interruption. For instance, the Starbucks in the same building as CIH and Fang allowed one of our clients' associates to place and pick up an order. **(See Appendix 1)**

4.b.3.ii The Company's office is a few minutes' walk from Guogongzhuang station. The station is underground and is serviced by Line 9 trains and the Fangshan Line trains. One might expect that an area suffering from severe flooding would see its underground subway system temporarily out of service or disrupted in some way. However, the Beijing subway website clearly indicates that both trains lines continue to have normal operations. **(See Appendix 2)**

4.b.3.iii Maps of the precipitation levels show that the area most affect by the rainfall is approximately 40 km north of where the CIH offices are located and that CIH's

offices are in a green zone that saw less than 10 millimetres of precipitation. ***(See Appendix 3)***

5. It is inconceivable that the weather and flooding in the vicinity of the Company's headquarters is purportedly so bad as to prevent the Company – which operates on the 11th floor - from uploading electronic data to the data room while at the same time, not bad enough to cause business interruptions for Starbucks on the ground floor the same building. Further, if the purported flooding in the vicinity of the Company's operations is as severe as claimed, it begs the question as to why the underground Guogongzhuang train lines operating within 10 minutes' walk from the Company's headquarters have experienced no disruption of service.

6. If the Company is trying to use the grave misfortune of those 40 km to the North as an excuse for causing further delays to this process, it is anticipated that the Company will have to provide substantive evidence describing why their operations have been interrupted while those of other businesses in the area have not. Our clients do not accept that the circumstances warrant extension of any of the deadlines in the Directions Order. If the Company believes there is sufficient evidence to the contrary, we invite the Company to file a Summons and a sworn affidavit of evidence to the Court as part of a formal process of seeking time extension.

Yours faithfully

*[signature: Carey Olsen]*

Carey Olsen
Telephone:     +1 345 749 2031
Email:         denis.olarou@careyolsen.com

**APPENDIX 1: Order from Starbucks in CIH's Building**

Starbucks https://j.map.baidu.com/7b/__xk



**APPENDIX 2: Subway System Operations**



https://en.wikipedia.org/wiki/Guogongzhuang_station



https://www.bjsubway.com/support/ywgz/

**APPENDIX 3: Precipitation Levels in Beijing**

