8/22/25, 7:32 AM                                  Koa Capital Mail - FW: Activity in Case 1:25-mc-00235-GHW-KHP 507 Summit LLC and KOA CapitaL L.P. v. Balance Law PLLC Notice of Appearance

Case 1:25-mc-00235-KHP    Document 137    Filed 08/22/25    Page 1 of 3

                                                             Henry Patner <hpatner@koacapital.com>

## FW: Activity in Case 1:25-mc-00235-GHW-KHP 507 Summit LLC and KOA CapitaL L.P. v. Balance Law PLLC Notice of Appearance

**Jeffrey Chubak** <jchubak@aminillc.com>                                                Fri, Aug 22, 2025 at 7:27 AM
To: Henry Patner <hpatner@koacapital.com>

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Thursday, July 31, 2025 10:23 PM
**To:** B. Robert Liu, Esq. <robert.liu@balancelawfirm.com>
**Subject:** RE: Activity in Case 1:25-mc-00235-GHW-KHP 507 Summit LLC and KOA CapitaL L.P. v. Balance Law PLLC Notice of Appearance

We are confused as to why you continue to try to combine two different subpoenas from two different legal proceedings. As we said, we are happy to engage on both but neither is contingent on the other.

This email is with regards to the pursuit of appraisal rights in Cayman as to CIH, and Balance Law Firm is in possession of documents relevant to that proceeding.

We are engaging in good faith as we have simply asked that you kindly furnish the specific documents we have requested or provide reasons as to why you don't think you should or don't think you can. We have asked for this now multiple times and have not yet received any of the documents or any reasons as to why you cannot or should not provide the documents we have requested.

If there is no reason for not providing the information we have requested, kindly provide it. If you do have reasons for not providing any of the documents we have asked for, kindly provide your reasons so that we can discuss and address.

**From:** B. Robert Liu, Esq. <robert.liu@balancelawfirm.com>
**Sent:** Thursday, July 31, 2025 3:00 PM

8/22/25, 7:32 AM                    Koa Capital Mail - Activity in Case 1:25-mc-00235-GHW-KHP 507 Summit LLC and KOA CapitaL L.P. v. Balance Law PLLC Notice of Appearance

Case 1:25-mc-00235-KHP    Document 13-7    Filed 08/22/25    Page 2 of 3

**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Activity in Case 1:25-mc-00235-GHW-KHP 507 Summit LLC and KOA CapitaL L.P. v. Balance Law PLLC Notice of Appearance

Jeffrey,

I'm confused as to why you're obsessed with a different email thread. The court specifically asked us to try to work out a deal, which means that both subpoena need to be dealt with at the same time. If you want to start a new email thread, please feel free to do so, but please do not evade your obligation to negotiate in good faith and dodge my client's request for your client's documents, which the New York Supreme Court has clearly found to be relevant.

I'm also tired of playing the wordsmith game. You know that I'm not offering categorization of documents. In fact, it was Oasis that put these documents into categories, and you adopted their categorization, and are asking me to respond to that categorization. Instead, I'm offering your client specific documents, and you know that.

My client still intends to negotiate in good faith to resolve this issue, and has been making efforts to do so. But please let me know if you're not interested in good-faith negotiations, and if that's the case, then we don't need to pretend to negotiate.

Thank you and all the best,

Robert

On Thu, Jul 31, 2025 at 1:08 PM Jeffrey Chubak <jchubak@aminillc.com> wrote:

> Hi Robert,
>
> Your client's request for my client's documents is a separate matter and needs to be dealt with separately. We are happy to engage on that in a different thread. The matter at hand here is our proposed subpoena for specific documents produced in Oasis Investments II Master Fund Ltd. v. Vincent Tianquan Mo et al, N.Y. Co. Sup. Ct. Index 652607/2023.
>
> To be clear, we are not requesting a "categorization of documents". Our request is narrower as we are only asking for the specific documents that have already been produced and are identified in the spreadsheet that we have referenced. You are invited to provide reasons or arguments as to why these specific documents should not be produced but absent compelling arguments or reasons, we kindly ask that you agree to produce the subject documents.

**From:** B. Robert Liu, Esq. <robert.liu@balancelawfirm.com>
**Sent:** Wednesday, July 30, 2025 11:50 AM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Activity in Case 1:25-mc-00235-GHW-KHP 507 Summit LLC and KOA CapitaL L.P. v. Balance Law PLLC Notice of Appearance

Hi Jeffrey,

Your response is completely silent on Respondent's subpoena for your client's documents, and that's not productive to reach an agreement as encouraged by the court. Please respond to Respondent's more tailored requests to your client's documents.

As to your subpoena, during our meeting after the conference with the court, I told you the current categorization of documents in the spreadsheet was provided by Oasis, the plaintiff in the NY state court case, not by my clients in that case. Then you specifically agreed that your request is not wedded to that categorization of documents and you'll be open to entertain a proposal with a different way of categorizing and organizing documents. And that's what I did in my proposal. To wit, I proposed that Respondent produce the following categories of documents in exchange for your client's production of responsive documents in good faith:

1. Documents related to CIH's entering into the Merger Agreement on December 22, 2022;

2. Documents related to $1.00 per share Merger Consideration; and

3. Documents related to the filing of the Merger Agreement and the Plan of Merger with the Registrar on April 17, 2023.

I consider my proposal to be reasonable and I'm negotiating with you in good faith. I expect reciprocity in this negotiation unless you tell me you're not interested.

Thank you and all the best,

Robert

On Wed, Jul 30, 2025 at 11:03 AM Jeffrey Chubak <jchubak@aminillc.com> wrote:

> Thank you for your offer.  It does not speak to any of the documents we've requested from the chart attached to our proposed subpoena.  The items we've requested are specific in nature and not burdensome to produce as they've already been produced and are highly relevant to the Cayman proceedings.  If there are specific documents that we've asked for that you'd like to not produce, please provide the reason(s) why for our consideration.