# AMINI LLC

**Jeffrey Chubak**
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

December 14, 2025

**BY ECF**

Hon. Katherine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: 1:25-mc-00235-KHP 507 Summit LLC and KOA Capital L.P. v. Balance Law PLLC

Dear Judge Parker:

We are counsel for the movants herein and write to notify the Court of developments that underscore the need to obtain the requested document discovery from respondent.

On September 5, 2025, a decision and order was entered in the state court action as to which discovery is sought (Sup. Ct. N.Y. Co. Index 652607/2023 NYSCEF #539, 2025 WL 2556777) striking the answers of the defendants Vincent Tianquan Mo (Fang's controlling shareholder and current Executive Chairman of its Board), Richard Jiangong Dai (his nephew, also Fang's former CEO, director and board chairman) and their affiliates, based on discovery misconduct that included violating court orders, failing to observe a litigation hold and obfuscating and delaying discovery willfully, contumaciously and in bad faith. This underscores the need to obtain discovery from counsel as opposed to Fang whom the court previously held it has long-arm jurisdiction (NYSCEF #230 at 9-15, 82 Misc.3d 1242(A)) over.

In addition, under the directions (scheduling) order entered in the underlying Cayman appraisal proceeding (ECF #18-1, PDF p.51), the dissenters (movants herein) are required to serve evidence on which they intend to rely on within 60 days after the Company serves its factual evidence. The company has failed to serve its factual evidence in breach of the court-ordered deadline but is currently in the process of uploading documents. Upon completion the movant will be required to produce its evidence in response, which has brought this matter to the fore and is the impetus for this letter. Hence, there is time sensitivity to the requested § 1782 relief sought.

We greatly appreciate the Court's review and attention to this matter.

/s/ Jeffrey Chubak

cc: counsel of record (via NYSCEF)

Enclosure