UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 507 SUMMIT LLC, *et al.*,<br><br>            Petitioners,<br><br>            v.<br><br>BALANCE LAW PLLC d/b/a Balance Law Firm,<br><br>            Respondent. | Case No. 1:25-mc-00235-KHP<br><br>Honorable Katharine H. Parker |

**RESPONDENT BALANCE LAW PLLC'S
NOTICE OF MOTION TO QUASH PETITIONERS' SUBPOENA**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the Declaration of B. Robert Liu (with exhibits thereto), both dated February 25, 2026, Respondent Balance Law PLLC d/b/a Balance Law Firm respectfully moves this Court, before the Honorable Katharine Parker, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl St., New York, NY 10007-1312, as soon as counsel may be heard, pursuant to Federal Rule of Civil Procedure 45(d)(3), *Kiobel by Samkalden v. Cravath, Swain & Moore LLP*, 895 F.3d 238 (2d Cir. 2018), and other cases cited in the memorandum of law, for an Order quashing the subpoena duces tecum served on Balance Law PLLC d/b/a Balance Law Firm in the above-captioned case, and for such other and further relief as the Court deems just and proper.

2

Dated: New York, New York  
       February 25, 2026

Respectfully submitted,

*B. Robert Liu*
_____
B. Robert Liu (Bar No. 5697552)  
Balance Law Firm  
1 World Trade Center, Suite 8500  
New York, NY 10007  
(212) 741-8080  
(646) 558-4889 (fax)  
robert.liu@balancelawfirm.com

*Attorneys for Respondent Balance Law Firm PLLC d/b/a Balance Law Firm*

2