**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| 507 SUMMIT LLC, *et al.*, |
|             Applicants, |
|             v. |
| BALANCE LAW PLLC d/b/a Balance Law Firm, |
|             Respondent. |

Case No. 1:25-mc-00235-KHP

Honorable Katharine Parker

## SUPPLEMENTAL DECLARATION OF B. ROBERT LIU

I, B. Robert Liu, Esq., state the following as true under the penalty of perjury:

1. I am the Managing Partner of Balance Law PLLC ("Balance Law"), Respondent in the above-captioned case. I make this declaration based on my personal knowledge, to supplement and clarify statements made in the declaration that I signed on February 25, 2026 ("2/25/26 Declaration") (ECF No. 23).

2. The documents sought by the Subpoena at issue here were produced in discovery in the New York state court shareholder derivative action ("the State Court Action"), by Balance Law acting as counsel for its foreign clients, pursuant to a Stipulation and Order for the Production and Exchange of Confidential Information ("the Confidentiality Protective Order") issued by the court presiding over the State Court Action. That Confidentiality Protective Order is attached as Exhibit 2 (ECF No. 23-2) to my 2/25/26 Declaration.

3. As is common in complex lawsuits when a large volume of documents is produced pursuant to a confidentiality protective order, Balance Law designated the documents at issue here as confidential under the Confidentiality Protective Order, in reliance on that order and the

process set forth therein (see Confidentiality Protective Order ¶ 4) for resolving by agreement, and if necessary litigating, any disputes about whether any particular document actually was "Confidential Information" within the meaning of that order.

4. The State Court Action has been settled and a final judgment has been entered in that case, and none of the documents produced by Balance Law as confidential under the Confidentiality Protective Order were removed from the protections of that order (whether by agreement or due to court rulings).

5. The documents at issue here were produced by Balance Law to both plaintiffs that filed the State Court Action. One of those plaintiffs, Lorelei NCC Inc. ("Lorelei"), is a New York corporation. *See* attached Exhibit A.

6. Lorelei was dismissed from the State Court Action on March 31, 2025. *See* Stipulation (attached as Exhibit B). That dismissal occurred after the spreadsheet that is attached to the Subpoena was filed in the State Court Action on March 10, 2025, *see* Exhibit 1 (ECF No. 23-1) to my 2/25/26 Declaration, so the documents at issue here were produced to Lorelei before it was dismissed from the State Court Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2026 in New York, NY.

*B. Robert Liu*
_____
B. Robert Liu