# EXHIBIT A

Case 1:25-mc-00235-KHP    Document 26-1    Filed 03/03/26    Page 1 of 6

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for LORELEI NCC INC., File Number 230306000711 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on March 03, 2026.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100009794314 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

CT07



New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
https://dos.ny.gov

# CERTIFICATE OF INCORPORATION
## OF
### LORELEI NCC INC.
*(Insert Name of Corporation)*

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

Lorelei NCC Inc.

**SECOND:** The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law. The corporation is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is: Westchester County

**FOURTH:** The corporation shall have authority to issue one class of shares consisting of 200 common shares without par value.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served.

The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery is:

32 Elm Place, 3rd Floor, Rye, NY 10580

(Optional) The email address to which the Secretary of State shall email a notice of the fact that process against the corporation has been served electronically upon the Secretary of State is:

compliance@twoseascap.com

Lawrence V. Palermo                          X _____
*(Print or Type Name of Incorporator)*       *(Signature of Incorporator)*

C/O Two Seas Capital LP, 32 Elm Place, 3rd Floor
*(Address of Incorporator)*

Rye, NY 10580
*(City, State, Zip Code)*

DOS-1239-f (Rev. 12/22)                                              Page 1 of 2

Filed with the NYS Department of State on 03/06/2023
Filing Number: 230306000711 DOS ID: 6755945

CT07

# CERTIFICATE OF INCORPORATION
# OF

**LORELEI NCC INC.**

*(Insert Corporate Name)*

Under Section 402 of the Business Corporation Law

Filer's Name and Mailing Address:

Shuli Wang

*Name:*

Mayer Brown LLP

*Company, if Applicable:*

1221 Avenue of the Americas

*Mailing Address:*

New York, NY 10020

*City, State and Zip Code:*

**Notes**:
1. This form was prepared by the New York State Department of State for filing a certificate of incorporation for a business corporation. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
2. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
3. The fee for filing a certificate of incorporation is **$125**. Preferred payment methods include money order, Visa or Mastercard. Money orders should be made payable to the Department of State.
4. The incorporator must be a natural person, not a corporation or other business entity.
5. The filer may <u>not</u> be the corporation being formed.

For DOS use only

DRAWDOWN:
CST REF: 14814621YV

Filed with the NYS Department of State on 03/06/2023
Filing Number: 230306000711 DOS ID: 6755945

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for LORELEI NCC INC., File Number 250401047943 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on March 03, 2026.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100009794316 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

## Biennial Statement
NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
www.dos.ny.gov

**BUSINESS NAME:** LORELEI NCC INC.
**FILING PERIOD:** 03/01/2025 12:00:00 AM

### Part 1 - Chief Executive Officer's Name and Business Address

| Name |
|---|
| SINA TOUSSI |

| Address Line 1 |
|---|
| 32 ELM PLACE, 3RD FL |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| RYE | NY | 10580 |

### Part 2 - Street Address of Principal Executive Office (A Post Office Box cannot be used)

| Corporation Name |
|---|
| |

| Address Line 1 |
|---|
| 32 ELM PLACE, 3RD FL |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| RYE | NY | 10580 |

### Part 3 - Service of Process Address (Address must be within the United States or its territories)

| Name |
|---|
| THE CORPORATION |

| Address Line 1 |
|---|
| 32 ELM PLACE, 3RD FL |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| RYE | NY | 10580 |

### Part 4 - Number of Directors

| Number of Directors Constituting the Board of Directors | Number of Directors on the Board of Directors that are Women |
|---|---|
| 2 | 0 |

### Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| LAWRENCE PALERMO |

| Capacity of Signer |
|---|
| DIRECTOR |

Filed with the NYS Department of State on 04/01/2025
Filing Number: 250401047943 DOS ID: 6755945