# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------- x

OASIS INVESTMENTS II MASTER FUND LTD. and LORELEI NCC INC., derivatively on behalf of nominal defendant FANG HOLDINGS LIMITED,

                Plaintiffs,

     -against-

VINCENT TIANQUAN MO, RICHARD JIANGONG DAI, ACE SMART INVESTMENTS LIMITED, NEXT DECADE INVESTMENTS LIMITED, MEDIA PARTNER TECHNOLOGY LIMITED, and TRUE KNIGHT LIMITED,

                Defendants.

Index No. 652607/2023

Justice Andrew Borrok

Commercial Part 53

**STIPULATION**

-------------------------------------------------------------- x

Plaintiffs Oasis Investment II Master Fund Ltd. ("Oasis") and Lorelei NCC Inc. ("Lorelei") (collectively, "Plaintiffs"), nominal Defendant Fang Holdings Limited ("Fang") and Defendants Vincent Tianquan Mo, Richard Jiangong Dai, ACE Smart Investments Limited, Next Decade Investments Limited, Media Partner Technology Limited, and True Knight Limited (together, "Defendants") hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed this shareholder derivative action on behalf of nominal Defendant Fang against Defendants on May 29, 2023 [NYSCEF No. 1] (the "Action");

**WHEREAS**, by Order of the Court, Plaintiffs corrected the caption of the original May 29, 2023 Summons and Complaint and the operative Summons and Complaint is NYSCEF No 15 [NYSCEF No. 44];

**WHEREAS**, the Court denied Defendants' motions to dismiss on May 2, 2024 [NYSCEF Nos. 230, 231, 232];

1

**WHEREAS**, the Defendants filed their Answers on July 19, 2024 [NYSCEF Nos. 245, 246, 247]

**WHEREAS**, Lorelei through parent Two Seas Global (Master) Fund LP ("Two Seas"), initially acquired its Fang ADSs on February 24, 2023;

**WHEREAS**, Two Seas transferred its Fang ADSs to Lorelei on April 12, 2023;

**WHEREAS**, Lorelei disposed of all its Fang interests, except for one registered share, on December 1, 2023;

**WHEREAS**, Oasis will continue to serve as a Plaintiff in this Action and pursue the claims set forth in the operative Summons and Complaint against Defendants on behalf of Fang;

**WHEREAS**, no party is an infant, incompetent person for whom a committee has been appointed or conservatee; and

**WHEREAS**, the attorneys of record for all parties in this Action have signed this stipulation;

**NOW, THEREFORE**, the parties hereby **STIPULATE AND AGREE** as follows:

1. Plaintiff Lorelei voluntarily discontinues its pursuit of this Action pursuant to CPLR 3217, and as a result, no longer will serve as a Plaintiff in this Action.

2. Plaintiff Lorelei's withdrawal as a Plaintiff in this Action is without prejudice as to any future claims Defendants may assert against Lorelei.

3. The parties will amend the case caption to remove Lorelei therefrom.

Date: March 31, 2025

| **REID COLLINS & TSAI LLP** | **BALANCE LAW FIRM** |
|---|---|
| */s/ Aaron A. Brown* | */s/ B. Robert Liu, Esq.* |
| William T. Reid, IV | Beixiao Robert Liu, Esq. |
| Yonah Jaffe | Stephen Hudspeth, Esq. |
| Aaron A. Brown | One World Trade Center, Suite 8500 |
| 420 Lexington Avenue, Suite 2731 | New York, NY 1007 |
| New York, New York 10170 | (212) 741-8080 |
| T: 212-344-5200 | (631) 490-4465 fax |
| F: 212-344-5299 | rober.liu@balancelawfirm.com |
| wreid@reidcollins.com | stephen.hudspeth@balancelawfirm.com |
| yjaffe@reidcollins.com | |
| abrown@reidcollins.com | *Counsel for Defendants Vincent Tianquan Mo, Richard Jiangong Dai, Media Partner Technology Limited, Next Decade Investments Limited, True Knight Limited, and ACE Smart Investment Limited, and Nominal Defendant Fang Holdings Limited* |
| Nathaniel J. Palmer* | |
| Michael Yoder* | |
| 1301 S. Capital of Texas Hwy, C-300 | |
| Austin, Texas 78746 | |
| T: 512-647-6100 | |
| F: 512-647-6129 | |
| npalmer@reidcollins.com | |
| myoder@reidcollins.com | |

\* admitted *pro hac vice*

*Counsel for Plaintiffs Oasis Investments II Master Fund Ltd. and Lorelei NCC Inc.*