AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

March 5, 2026

**BY ECF**

Hon. Katherine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: 1:25-mc-00235-KHP 507 Summit LLC and KOA Capital L.P. v. Balance Law PLLC

Dear Judge Parker:

Pursuant to Rule III.E of the Individual Rules of Practice in Civil Cases, petitioners request oral argument on respondent's motion to quash (ECF #22) the § 1782 subpoena.

/s/ Jeffrey Chubak

cc: counsel of record