UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/12/2026__
```

507 SUMMIT LLC, et al.,

                Applicants,

        -against-

BALANCE LAW PLLC *d/b/a* BALANCE LAW
FIRM.

                Respondent.

**ORDER**

**25-MC-235 (GHW)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 5, 2026 Petitioners filed a letter requesting oral argument on Respondent's pending motion to quash the § 1782 subpoena authorized by the Court. (ECF No. 28) On March 9, 2026, Petitioners filed another letter seeking leave to file a sur-reply in opposition to the pending motion to quash. (ECF No. 29) Those requests are DENIED. The issues which the Court must review are clear and the briefing is sufficient for the Court's consideration.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 28 and 29.**

       **SO ORDERED.**

Dated:   March 12, 2026
        New York, New York

                            KATHARINE H. PARKER
                            United States Magistrate Judge