# AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

April 16, 2026

**By ECF**

Hon. Katherine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 1:25-mc-00235 507 Summit LLC and KOA Capital L.P. v. Balance Law PLLC
　　Joint Letter Pursuant to ECF #32 (Opinion and Order) at 9

Dear Judge Parker:

This joint letter is submitted to indicate the parties' positions on whether there are any outstanding issues to address or whether this matter can be closed.

Petitioners request this case be kept open at least through May 11, 2026, so as to afford them the opportunity to consider whether to move to reconsider or appeal. Respondent consents to this case remaining open through such date. There are otherwise no outstanding issues for the Court to address.

Sincerely,

/s/ Jeffrey Chubak

/s/ B. Robert Liu