AMINI LLC

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2026

April 16, 2026

**By ECF**

Hon. Katherine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 1:25-mc-00235 507 Summit LLC and KOA Capital L.P. v. Balance Law PLLC
Joint Letter Pursuant to ECF #32 (Opinion and Order) at 9

Dear Judge Parker:

This joint letter is submitted to indicate the parties' positions on whether there are any outstanding issues to address or whether this matter can be closed.

**Petitioners request this case be kept open at least through May 11, 2026, so as to afford them the opportunity to consider whether to move to reconsider or appeal.** Respondent consents to this case remaining open through such date. There are otherwise no outstanding issues for the Court to address.

Sincerely,

/s/ Jeffrey Chubak

/s/ B. Robert Liu

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

4/17/2026