UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 507 SUMMIT LLC, KOA CAPITAL L.P.<br>                                    Applicants<br>v.<br>BALANCE LAW PLLC dba Balance Law<br>Firm<br>                                    Respondent | Case 25-mc-235-KHP<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that applicants 507 Summit LLC and KOA Capital L.P. (together, the "Applicants"), appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order on Motion to Quash entered April 10, 2026 (ECF #32), that quashed Applicants' 28 U.S.C. § 1782 document subpoena to respondent Balance Law PLLC dba Balance Law Firm.

Dated: New York, New York
            May 11, 2026

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 1001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Applicants