USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

507 SUMMIT LLC, et al.,

Applicants,

-against-

BALANCE LAW PLLC *d/b/a* BALANCE LAW FIRM.

Respondent.

**ORDER**

**25-MC-235 (GHW)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Insofar as this Court has resolved the discovery issues in this case, the Clerk of Court is respectfully directed to close this matter.

**SO ORDERED.**

Dated: November 18, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge